AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BAKER, TIM A. | 2. Court or Organization<br><br>U.S.DISTRICT COURT, SDIN | 3. Date of Report<br><br>12/21/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE FULL-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| UNITED STATES COURTHOUSE<br>46 E. OHIO STREET, ROOM 234<br>INDIANAPOLIS, IN 46204 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodion | Vanguard Group Trustee (Nos. 1-3) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 12/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Indiana University |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 12/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 12/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Trust Group - Vanguard Windsor II Fund Adm (VWNAX) | E | Interest | N | T | Sold (part) | 01/29/20 | J | | |
| 2. | | | | | Sold (part) | 02/03/20 | J | | |
| 3. | | | | | Sold (part) | 03/10/20 | J | | |
| 4. | | | | | Sold (part) | 03/30/20 | J | | |
| 5. | | | | | Sold (part) | 04/28/20 | J | | |
| 6. | | | | | Sold (part) | 05/26/20 | J | | |
| 7. | | | | | Sold (part) | 08/24/20 | J | | |
| 8. TIAA CREF (QCGRIX) | D | Interest | L | T | Sold (part) | 01/06/20 | O | | |
| 9. College Choice 529 Investment Plans aged based | A | Interest | K | T | Sold (part) | 01/15/20 | J | | |
| 10. | | | | | Sold (part) | 02/10/20 | J | | |
| 11. | | | | | Sold (part) | 07/21/20 | J | | |
| 12. | | | | | Sold (part) | 08/24/20 | J | | |
| 13. | | | | | Sold (part) | 09/17/20 | J | | |
| 14. | | | | | Sold (part) | 10/02/20 | J | | |
| 15. | | | | | Sold (part) | 11/13/20 | J | | |
| 16. Chase Bank Account No. 1 -Cash equivalent | | None | J | T | | | | | |
| 17. Chase Bank Account No. 2 -Cash equivalent | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 12/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chase Bank Account No. 3 -Cash equivalent | | None | J | T | | | | | |
| 19. Chase Bank Account No. 4 -Cash equivalent | A | Interest | J | T | | | | | |
| 20. Raymond James IRA (H) | | | | | | | | | |
| 21. -Vanguard Growth and Income Fund Admirl (VGIAX) | A | Dividend | K | T | | | | | |
| 22. -Vanguard Short Term Bond Index Fund | A | Dividend | K | T | | | | | |
| 23. -Vanguard Windsor II Fund Admirl Shares (VWNAX) | A | Dividend | K | T | | | | | |
| 24. -Vanguard Inflation Protected | A | Dividend | J | T | | | | | |
| 25. -Vanguard High Yield Corporate Fund (VWEAX) | A | Dividend | K | T | | | | | |
| 26. -Vanguard Intermediate Term Investment Grade Admirl | A | Dividend | K | T | | | | | |
| 27. -Vanguard Global Equity Fund Investor | A | Dividend | K | T | | | | | |
| 28. -Vanguard Mid Cap Index Fund Admirl | A | Dividend | K | T | | | | | |
| 29. -Vanguard 500 Index Fund Admirl Shares | A | Dividend | K | T | | | | | |
| 30. Fidelity Funds (H) | | | | | | | | | |
| 31. Vanguard Institution Target 2030 Account | B | Dividend | O | T | Buy | 01/06/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 12/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. With respect to Part VII, line 8, TIAA CREF fund is a 401(K) retirement fund with monthly contibutions with a value that is below the reporting threshold. Additionally, that account is more fully described as the "TIAA-CREF Growth Account," with NASDAQ symbol of QCGRIX.

2. With respect to Part VII, line 9, these 529 plans are aged-based plans, with montly contributions to each plan. The value of the contributioins to each plan each month is a value that is below the reporting threshold.

3. With respect to Part VII, lines 8, 30, and 31, in January 2020 the TIAA CREF employer-sponsored fund was converted by the employer into funds managed by Fidelity. As a result, on January 6, 2020, the TIAA CREF account listed on line 9 was partially sold and the funds were transferred into the funds listed on lines 30 and 31. The Fidelity Funds consist of a mix of Fidelity stocks, bonds, and short term investments in the Vanguard Institution Target 2030 account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TIM A. BAKER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544